UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ELLSWORTH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EL DORADO COUNTY NURSING STAFF, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-01070-TLN-EFB<br><br>**ORDER** |

Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 28, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 8.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

1

1. The findings and recommendations filed September 28, 2021, (ECF No. 8), are adopted in full; and

2. This action is dismissed without prejudice for the reasons set forth in the August 23, 2021 screening order (ECF No. 5).

**DATE:  November 29, 2021**

_____
Troy L. Nunley
United States District Judge

2